DISMISSAL FORM FOR CIVIL CASES ON ANT'S MOTION /SETTLEMENT 









                NO. 12-05-00375-CV

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS
DISTRICT

 

TYLER, TEXAS

 

 

§          

 

IN
RE: CENTERPOINT ENERGY ENTEX,

A
DIVISION OF CENTERPOINT §          ORIGINAL PROCEEDING

ENERGY
RESOURCES GROUP,

RELATOR

§          

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

PER
CURIAM








            Relator has filed a motion to dismiss this original
proceeding.  All other parties to the
proceeding have been given notice of the filing of this motion.  In its motion, Relator represents that
Respondent signed an order granting a nonsuit in the underlying proceeding on
March 10, 2006, which renders this original proceeding moot.  Accordingly, the motion to dismiss is
granted, and this original proceeding is dismissed as moot.

Opinion
delivered March 15, 2006.

Panel
consisted of Worthen, C.J., Griffith, J., and DeVasto, J.

                                                                                                                

 

 

 

 

(PUBLISH)